3/20/2015

Clerk of the Court : Cathy Lusk

Dear Ms Lusk

REC'D IN COURT OF APPEALS
12th Court of Appeals District
MAR 26 2015
TYLER TEXAS
CATHY S. LUSK, CLERK

My Name is Elroy Edwards Jr. I'm presently incorcerated in Angelina Co. Jail, Lufkin Tx. I filed An appeal against my county for Insuffient council. And was given a court date almost 2 mo. later. When I got there for An Appeal Bond. The Judge Mr. Iselman, told me if I didn't stop my appeal or sign a warier that he would cancel the 8 yr Sentence And give me the max at 25 yrs. He advised me that I would end up Back In His court. No Change of Venue would be available. My Attorney also agreed that this would happen. My Question is Is This the truth or a bluff to make me not go foward with my appeal. My wife was there and Begged me to sign sign off due to him telling her 25 yrs if I dont sign. Do I have any recourse Now because I went ahead And Signed the waiver under Deress, Please help me in this matter.

Thanks
Elroy Edwards Jr.